```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDY M. FINN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3269 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWESTERN MUTUAL LIFE | ) | ORDER |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion for time, filing 12, is granted and the deadline to file the parties' Rule 26 planning conference report is extended to March 15, 2007.

DATED this 8th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge