```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDY M. FINN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3269 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWESTERN MUTUAL LIFE | ) | MEMORANDUM AND ORDER |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

By order of May 23, 2007, the parties were ordered to report to the court by June 25, 2007 on their efforts to mediate this case. No report has been received. From that I infer that neither side has any objection to mediation, and I shall order it. So that the court may enter such order, plaintiff and defendant's counsel must inform the court of the name and address of the mediator they have hired, when the mediation is scheduled, and whether they agree the case should be stayed pending completion of the mediation process.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff and defendant's counsel are given ten days to hire a mediator and inform the court of the name and address of the mediator they have hired, when the mediation is scheduled, and whether they agree the case should be stayed pending completion of the mediation process.

DATED this 26th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge