```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDY M. FINN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3269 |
| | ) | |
| V. | ) | |
| | ) | |
| NORTHWESTERN MUTUAL LIFE | ) | ORDER |
| INSURANCE, Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The defendant's motion to file the administrative record under seal, filing 26, is granted.

The clerk shall permit the defendant to file the administrative record in paper format, and shall file the administrative record under seal.

DATED this 25th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge